IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                4:17-CR-00147-10-JM

MIGUEL RODRIGUEZ CONTRERAS

**ORDER**

Defendant's Motion to Reduce Sentence (Doc. No. 716) is DENIED.

Retroactive Guidelines Amendment 821 does not apply because Defendant had a criminal history score of three and he did not receive "status points." Additionally, he was sentenced to the statutory, mandatory minimum sentence of 120 months.

Defendant's plea agreement also provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 5th day of December, 2023.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 521.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).