IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                             4:17-CR-00147-10-JM

MIGUEL RODRIGUEZ CONTRERAS

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 725) is DENIED.

First, Defendant is not entitled to the zero-point reduction, because his criminal history score is 3 not 0.

Second, Defendant did not receive "status points."

Third, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 14th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 521.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).